**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. McGINN ESTATE COMPANY, Respondent.**

**No. 7601.**

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

John L. McGinn, of San Francisco, Cal., for respondent.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered appeal dismissed; mandate forthwith.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. John A. MAHONEY, Respondent.**

**SAME v. Lewis S. ROTH, Respondent.**

**SAME v. Frank M. LINNELL, Jr., Respondent.**

**SAME v. Ray ANGELL, Respondent.**

**Nos. 7615, 7616, 7624, 7625.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George K. Bowden, of Chicago, Ill., for respondents Mahoney and Roth.

Joseph C. Campbell, of Charles City, Iowa, for respondents Linnell and Angell.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner in each of above causes, consented to by counsel for respondent, ordered petition to review in each of above causes dismissed; mandate forthwith.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Mrs. Edith Page SKEWES–COX, Respondent.**

**No. 7459.**

Circuit Court of Appeals, Ninth Circuit.

Oct. 9, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Virgil Y. Moore, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, that this cause is determined by the decision of this court in Helvering v. Hickman, 70 F.(2d) 985, and good cause therefor appearing, ordered appeal dismissed; mandate forthwith.